IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHANEKA THOMAS, | * |
| Plaintiff, | * |
| v. | Case No.  1:23-CV-199 (WLS) |
| | * |
| CHARLIE LARANZO ROBERTS, individually and in his official capacity as Police Officer for the City of Albany, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to the jury verdict dated April 10, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $20,000.00.  The amount shall accrue interest from the date of entry of judgment at the rate of  3.97% per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 11th day of April, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk